SOLOW MANAGEMENT CORP., Respondent, v STEVEN TANGER et al., Respondents. JEROME JANOF, Nonparty Appellant.

Submitted February 19, 2008; decided March 13, 2008

Motion, insofar as it seeks to strike Addendum A to appellant's reply brief and references thereto in the reply brief,

denied; motion, insofar as it seeks consideration of the arguments contained in paragraphs 28-31 of the Brown affirmation, granted.